ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Hugo G. A. Von Reitzenstein, Respondent, v. John C. Tomlinson, Jr., and The Equitable Trust Company of New York, Executors, etc., of the Estate of John C. Tomlinson, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Morris Birnbaum, Appellant, v. Nassau Electric Railroad Company, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

Rose Bovin, · Appellant, v. Samuel Galitzka and Another, Defendants. Philip Schorr, Respondent.— Judgment and orders reversed upon the law, with ten dollars costs and disbursements, motion of defendant Philip Schorr for judgment on the pleadings denied, and plaintiff's motion to strike out the second defense in the answer of defendant Philip Schorr granted, with ten dollars costs. In our opinion, the language contained in the lease in question constituted a restriction of the use of the premises to the purpose named. (De Forest v. Byrne, 1 Hilt. 43.) Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur. [131 Misc. 479, 482.]

Corner Operating Corporation, Appellant, v. Elmer R. Laskin, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff, with costs, requiring defendant specifically to perform the contract, with an abatement to plaintiff in the amount of the value of the inchoate right of dower of respondent's wife. The case is remitted to the Special Term for the purpose of fixing the amount of the abatement, which amount, when determined, shall be inserted by the clerk in the judgment hereby directed. The finding that the execution of the contract was procured by fraud is against the weight of the evidence. Findings of fact and conclusions of law inconsistent with this decision (which findings and conclusions shall be specified in the order) are reversed and plaintiff's proposed findings and conclusions are found. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur. Settle order on notice.

Myer Efros and Adolph M. Weiss, Doing Business under the Firm Name and Style of White Realty Company, Respondents, v. Samuel Cohen, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

Myer Efros and Adolph M. Weiss, Doing Business under the Firm Name and Style of White Realty Company, Respondents, v. Samuel Cohen and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

575 West 159th Street Co., Inc., Appellant, v. David H. Edelsohn, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

Hannah Flachner and Louis Flachner, as Administrators, etc., of Moses David Flachner, Deceased, Appellants, v. Henry Kelly & Sons, Inc., Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

General Convention of The New Jerusalem in the United States of America, as Trustee, Appellant, v. United States Mortgage and Trust

47